[No. 2870.    Decided September 17, 1898.]

M. GOTTSTEIN *et al.*, *Respondents*, v. KATHARINE WIST, *Appellant*.

Appeal from Superior Court, King County.—Hon. E. D. BENSON, Judge.    Affirmed.

*Ballinger, Ronald & Battle*, for appellant.

*Allen & Allen*, for respondents.

*Per Curiam.*—It being stipulated by the parties that the question presented in this case is similar to the one decided in *Hemrich v. Wist, ante*, p. 516 (53 Pac. 710), the judgment of the lower court is therefore affirmed.